638

(593 P 2d 721)

Bar Docket No. 7651

*In re:* David B. Dysart, voluntary surrender of his certificate to practice law in the State of Kansas.

Order canceling certificate filed April 11, 1979.

*Per Curiam:* On April 11, 1979, David B. Dysart, voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE David B. Dysart's name from the roll of attorneys.

Dated at Topeka, Kansas, this 11th day of April, 1979.